17285.   SCARBOROUGH *v.* WALTON.

BELL, J. This case is controlled by the decision in *Scarborough* v. *Walton,* ante, 428.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED FEBRUARY 14, 1927.

Damages; from city court of Macon—Judge Hall. February 20, 1926.

*Brock, Sparks & Russell,* for plaintiffs in error.

*Robert W. Barnes; Ryals, Anderson & Anderson,* contra.